**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000704
08-JUL-2024
07:54 AM
Dkt. 746 ODMR**

CAAP-19-0000704

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


In the Matter of the Application of
PIONEER MILL COMPANY, LIMITED,
to register title and confirm its title to land situate at
Lāhainā, Island and County of Maui, State of Hawaiʻi,
and
KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A


APPEAL FROM THE LAND COURT OF THE STATE OF HAWAIʻI
(LD. CT. APP. NO. 439 amended; LD. CT. CASE NO. 09-0300)

ORDER
(By: Leonard, Acting Chief Judge, McCullen, J;
and Circuit Judge Wong, in place of Hiraoka,
Wadsworth, Nakasone, and Guidry, JJ., all recused)

Upon consideration of Appearing Respondents-

Appellants and Cross-Appellees Gladiola Aloha Schneider et al.'s

Motion for Reconsideration of Memorandum Opinion Filed June 21,

2024, which was filed on July 1, 2024, and Kanaloa Kanaina Kakino

Koko's untitled submission [DKT. 740] filed on July 1, 2024,

which this court also construes as a Motion for Reconsideration

of the Memorandum Opinion filed on June 21, 2024 (together,

**Motions for Reconsideration**), and the records and files herein,

IT IS HEREBY ORDERED that said Motions for Reconsideration are denied.

DATED: Honolulu, Hawaiʻi, July 8, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Paul B.K. Wong
Circuit Judge